UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO DIAZ,

                Plaintiff,

            -against-

WARD PAINTING, INC., et al.,

                Defendants.

**ORDER**

25-CV-09706 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff initiated this action by filing a complaint on November 21, 2025. (Doc. 1). Since Plaintiff filed the complaint, there has been no activity on the docket. Service is due February 19, 2026. To date, Plaintiff has not even requested the issuance of summons. Accordingly, by January 12, 2026, Plaintiff shall file a letter updating the Court on the status of this case.

SO ORDERED.

Dated:  White Plains, New York
       January 5, 2026

                             _____
                             Philip M. Halpern
                             United States District Judge