UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO DIAZ,

                    Plaintiff,                          **ORDER**

          -against-                            25-CV-09706 (PMH)

WARD PAINTING, INC. and SEAN WARD,

                    Defendants.

PHILIP M. HALPERN, United States District Judge:

The docket indicates that agreement was reached on all issues. (Doc. 13). Accordingly, it is hereby **ORDERED** that the parties shall file, by **July 8, 2026**, either: (i) a joint *Cheeks* submission and fully executed proposed settlement agreement, or (ii) a Proposed Judgment pursuant to Federal Rule of Civil Procedure 68. *See Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019).

                            **SO ORDERED.**

Dated: White Plains, New York
       June 24, 2026

                            _____
                            PHILIP M. HALPERN
                            United States District Judge

1